NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NEELAM UPPAL,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D16-2356
                                       )
WELLS FARGO BANK, N.A.,                )
                                       )
            Appellee.                  )
_____)

Opinion filed October 3, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Thomas H. Minkoff, Judge.

Neelum Uppal, pro se.

Kimberly S. Mello and Vitaliy Kats of
Greenberg Traurig, P.A., Tampa; and
Michele L. Stocker of Greenberg Traurig,
P.A., Ft. Lauderdale, for Appellee.



PER CURIAM.


            Affirmed.


SILBERMAN, KELLY, and BLACK, JJ., Concur.